UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2388 HOPEWELL RD., BERLIN, NJ 08009. | Mag. No. 20-7004 (KMW)<br><br>Hon. Karen M. Williams<br><br>**UNSEALING ORDER** |

This matter having been brought before the Court upon the application of Craig Carpenito, United States Attorney for the District of New Jersey, by Andrew B. Johns, Assistant United States Attorney, appearing, for an order unsealing the search warrant and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 2nd day of October, 2020,

ORDERED that the above captioned search warrant and all supporting papers thereof are hereby unsealed.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge